# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

MARTIN PADILLA, )
)
      Plaintiff, )
) Case No. 1:15-cv-03190
v. )
) Judge Gary Feinerman
ARNOLD SCOTT HARRIS, P.C., )
) Magistrate Judge Jeffrey Cole
      Defendant. )
)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ARNOLD SCOTT HARRIS**

| |
|---|
| NAME (Type or print): Corinne C. Heggie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ *Corinne C. Heggie* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS: 222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP: Chicago, IL 60601-1081 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6276412     TELEPHONE NUMBER: 312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Appearance** by using the CM/ECF system, which will send notification of such filing(s) to all counsel or record and by Electronic Mail and U.S. Mail to all non-attorneys of record listed below:

Martin Padilla
8627 S. Manistee Avenue
Chicago, IL  60617
E-mail:  latenight1978@yahoo.com

                                                /s/ Corinne C. Heggie

131085233v1 0973296