**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN PADILLA, | ) | |
| | ) | Case No. 1:15-cv-03190 |
| Plaintiff, | ) | |
| | ) | Judge: Gary Feinerman |
| v. | ) | |
| | ) | Magistrate Judge: Jeffrey Cole |
| ARNOLD SCOTT HARRIS, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to pursuant to Rule 41(a)(1)(A)(i) and (ii) that Plaintiff's Complaint, including all amendments, against Defendant, ARNOLD SCOTT HARRIS, P.C., is dismissed in its entirety with prejudice and without costs as to any party.

| MARTIN PADILLA, Plaintiff | ARNOLD SCOTT HARRIS, P.C., Defendant |
|---|---|
| /s/Martin Padilla | /s/ Corinne C. Heggie |
| Martin Padilla, Pro se | Corinne C. Heggie |
| 8627 S. Manistee Avenue | Hinshaw & Culbertson LLP |
| Chicago, IL 60617 | 222 North LaSalle Street, Suite 300 |
| E-mail: latenight1978@yahoo.com | Chicago, IL 60601-1081 |
| | Telephone: 312-704-3000 |
| | E-mail: cheggie@hinshawlaw.com |

## CERTIFICATE OF SERVICE

   I hereby certify that on June 29, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Joint Agreed Stipulation of Dismissal** by using the CM/ECF system, which will send notification of such filing(s) to all counsel or record and by Electronic Mail and U.S. Mail to all non-attorneys of record listed below:

Martin Padilla
8627 S. Manistee Avenue
Chicago, IL  60617
E-mail:  latenight1978@yahoo.com

               /s/ Corinne C. Heggie